**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
Email:  John.Burris@johnburrislaw.com
Email:  Ben.Nisenbaum@johnburrislaw.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiff, CHRISTOPHER PETERSON

**JAMIL R. GHANNAM SBN 300730**
**OFFICE OF THE CITY ATTORNEY**
425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202
Telephone: (209) 937-8333
Facsimile: (209) 9378898
Email: Jamil.Ghannam@stocktonca.gov

Attorneys for Defendants, CITY OF STOCKTON, ERIC JONES, JEREMIAH SKAGGS, MELISSA WHITE, DARIO DUENAS, DARIUS BUHARI, and DANIEL VILLALOBOS

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER PETERSON, an individual,<br><br>                            Plaintiff,<br><br>   vs.<br><br>CITY OF STOCKTON, et al.,<br><br>                            Defendants. | CASE NO.:  2:18-cv-02836-TLN-JDP<br><br>**STIPULATION AND ORDER TO SET SETTLEMENT CONFERENCE**<br><br>Hon. Judge Troy L. Nunley |

Pursuant to Local Rule 143, the parties respectfully submit this stipulation to set a settlement conference for February 16, 2021 at 9:00 a.m. before Hon. Magistrate Judge Kendall J. Newman.

Should the parties be unable to resolve the case amicably via their continued settlement discussions, the parties shall submit a Status Report to the Court with a revised scheduling order to resume the case.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 24, 2020          **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *James Cook*
James Cook
Attorney for Plaintiff

Dated: November 24, 2020          **OFFICE OF THE CITY ATTORNEY**

/s/ *Jamil R. Ghannam*
Jamil R. Ghannam
Attorney for Defendants

### ORDER

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered:

A settlement conference is set for February 16, 2021 at 9:00 a.m. before Hon. Magistrate Judge Kendall J. Newman;

**IT IS SO ORDERED.**

DATED: November 24, 2020

_____
Troy L. Nunley
United States District Judge